UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDMUNDO A. ZUNIGA,<br><br>                    Plaintiff,<br>v.<br><br>CHARLES DANIELS, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-01966-GMN-VCF<br><br>ORDER |

      Plaintiff has filed a motion to voluntarily dismiss the complaint. (ECF No. 7.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The complaint has not been served on the Defendants, and thus the Defendants have not filed an answer or a motion for summary judgment. Accordingly, the Court grants Plaintiff's motion to voluntarily dismiss this action.

      For the foregoing reasons, **IT IS ORDERED** that:

      1.    Plaintiff's motion for voluntary dismissal (ECF No. 7) is **GRANTED**. This action is dismissed in its entirety without prejudice.

      2.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

      3.    The Clerk of the Court will enter judgment accordingly.

DATED THIS   22   day of February 2023.

_____
Gloria M. Navarro, Judge
United States District Court

1